# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00248-CR

In re James Lee Nash

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's petition for writ of prohibition, filed on June 22, 2026, is denied.

Relator's motion for stay of trial court proceedings is dismissed as moot.

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  June 23, 2026

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Petition denied
Motion dismissed
Do Not Publish
OT06

